UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIHANA HANIBLE, | No. 2:21-cv-1315 TLN DB PS |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY SHERIFF'S OFFICE, et al., | |
| Defendants, | |

Plaintiff Brihana Hanible is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On February 2, 2022, plaintiff filed an amended complaint. (ECF No. 22.) On February 17, 2022, defendants filed a partial motion to dismiss. (ECF No. 23.) In this regard, defendants' motion to dismiss did not seek dismissal of the amended complaint's claims of excessive force, violation of California's Bane Act, or for assault and battery. (ECF No. 37 at 6.)

On August 9, 2022, the undersigned granted defendants' partial motion to dismiss and granted plaintiff twenty-eight days to file a second amended complaint. (Id. at 12.) The twenty-eight-day period has passed and plaintiff has not filed a second amended complaint. In this regard, it appears that plaintiff has elected to proceed on the amended complaint's remaining claims of excessive force, violation of the Bane Act, assault, and battery, and consents to the

1

dismissal of all other claims. Defendants, therefore, will be directed to file an answer to the amended complaint's remaining claims.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order defendants file an answer to the amended complaint's claims of excessive force, violation of the Bane Act, assault, and battery.

Dated:  October 18, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/hanible1315.mtd2.ord