UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIHANA HANIBLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　　Defendants, | No.  2:21-cv-1315 DB PS<br><br><br>ORDER |

On November 14, 2023, defendants filed a motion for summary judgment and noticed the motion for hearing before the undersigned on December 22, 2023.[1]  (ECF No. 71.)  On December 15, 2023, plaintiff filed a motion for a 14-day extension of time to file an opposition to defendants' motion.  (ECF No. 81.)  On December 18, 2023, defendants filed an opposition to plaintiff's motion for an extension of time.  (ECF No. 82.)

Pursuant to Local Rule 230(c) plaintiff was to file an opposition or a statement of non-opposition to defendants' motion not less "than fourteen (14) days after the motion was filed." The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c).  (ECF No. 46.)

1

inherent power of the Court." Local Rule 110.  Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law.  Local Rule 183(a).  Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules.  Id.

Nonetheless, in light of plaintiff's pro se status, and in the interests of justice, the court will grant plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's December 15, 2023 motion for an extension of time (ECF No. 81) is granted;

2. The December 22, 2023 hearing of defendants' motion for summary judgment (ECF No. 71) is continued to **Friday, January 19, 2024, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3. On or before **January 5, 2024**, plaintiff shall file an opposition or statement of non-opposition to defendants' motion;

4. On or before **January 12, 2024**, defendants may file a reply;

5. Plaintiff is cautioned that the failure to timely comply with this order may result in the recommendation that this case be dismissed.

Dated:  December 18, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/hanible1315.eot2.ord

2